```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/8/2022_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHAEL CRUZ, Individually, and On Behalf of All Others Similarly Situated,

                Plaintiff,

-against-

OFRA COSMETICS, LLC,

                Defendant.

21 Civ. 10041 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On January 25, 2022, the Court scheduled a case management conference for June 14, 2022, and ordered the parties "to file a joint status report not later than one week in advance of the Case Management Conference." ECF No. 15 ¶ 16. This submission is overdue. Accordingly, the case management conference is ADJOURNED to **June 23, 2022**, at **10:00 a.m.**, and shall proceed via teleconference. The parties can join the conference by dialing (215) 861-0674 and using access code 5598827. By **June 16, 2022**, the parties shall submit their joint status report.

    SO ORDERED.

Dated: June 8, 2022
       New York, New York

                                            ANALISA TORRES
                                       United States District Judge